UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

---

UNITED STATES OF AMERICA

VS.

CASE NO: 5:24-cr-40-TPB-PRL

SHANE MCMILLAN

| JUDGE: | Thomas P. Barber | COUNSEL FOR GOVERNMENT: | Hannah Nowalk |
|---|---|---|---|
| DEPUTY CLERK: | Holly Iovino | COUNSEL FOR DEFENDANT: | Christine Bird/ Waffa Hanania |
| COURT REPORTER: | Rebekah Lockwood | PROBATION: | N/A |
| SCHEDULED DATE/TIME: | December 2, 2024  8: 34 am - 8:43 am  9:54 am - 11:30 am  11:48 am - 1:08 pm  2:15 pm - 3:45 pm | INTERPRETER: | N/A |
| TOTAL TIME: | 4 Hours - 35 Minutes | | |

CLERK's MINUTES
JURY TRIAL – DAY ONE

8:34 am - Case called; appearances placed on the record. The Court addresses preliminary matters with the parties.

8:43 am - Court in recess to await juror questionnaires and review by all parties.

9:54 am - Court back in session. Court discusses juror 22 being replaced with another juror for reasons stated on the record.

9:57 am - The Court addresses additional preliminary matters.

10:14 am - Jurors are seated (42 jurors). Voir Dire begins.

11:26 am - Venire excused from the courtroom. Court and parties discuss challenge causes.

11:30 am - Court in recess.

11:48 am - Jurors return to the courtroom. Voir Dire continues.

12:11 am - Jurors excused to discuss one on one personal issues with jurors.

12:37 pm - All jurors excused. Court and parties discuss additional challenges causes.

1:01 pm - Venire enter courtroom. 13 jurors selected and sworn.

1:08 pm - Jurors excused for lunch. Court in recess.

2:15 pm - Court back in session.

2:20 pm - Jurors enter. Court reads preliminary jury instructions.

2:38 pm - Opening statement by Hannah Nowalk

2:44 pm - Government Witness: Manuel Rivas - Sworn and Testified. Direct by Hannah Nowalk.

3:17 pm - Cross examination of Manuel Rivas by Christine Bird.

3:23 pm - Re-Direct of Manuel Rivas by Hannah Nowalk.

3:26 pm - Government Witness - Jose Feuntes- Sworn and Testified. Direct by Hannah Nowalk.

3:39 pm - Cross examination of Jose Fuentes by Christine Bird.

3:44 pm - Jurors excused until December 3, 2024 at 9:00 AM.